[No. 23802-1-II.    Division Two.    May 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS E. GALLANT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 98-1-00638-6, Wm. Thomas McPhee, J., entered August 1, 1998. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, A.C.J., and Morgan, J.

•

[No. 23820-9-II.    Division Two.    May 12, 2000.]

*In the Matter of the Marriage of* SUSAN J. POWELL, *Respondent*, and DONALD SCOTT POWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-3-02196-0, Arthur W. Verharen, J., entered August 28, 1998. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 24624-4-II.    Division Two.    May 12, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS JAMES BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-00109-5, John F. Nichols, J., entered April 19, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Houghton, JJ.

[No. 42181-6-I.    Division One.    May 15, 2000.]

HAROLD MORTENSON, ET AL., *Appellants*, v. KING COUNTY POLICE DEPARTMENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-20803-5, Carol A. Schapira, J., entered February 9, 1998. *Affirmed* by unpublished opinion per Cox, J., concurred in by Baker and Appelwick, JJ.